## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| ABRAHAM LEON GOLDFARB | § | |
|    *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:17-cv-00640 |
| | § | RWS-KNM |
| ELITE SERVICE RECOVERY & | § | |
| TOWING, LLC AND DENNIS WAYNE | § | |
| BAGGETT | § | |
|    *Defendants.* | § | |

## FINAL JUDGMENT

Pursuant to the Court's Order of Dismissal with Prejudice, the Court hereby enters Final Judgment.  Accordingly, it is

**ORDERED** that all claims between the above-captioned parties are **DISMISSED WITH PREJUDICE**.  All pending motions are **DENIED AS MOOT**.  All costs are to be borne by the party that incurred them.

The Clerk of the Court is directed to close the case.

It is so **ORDERED**.

**SIGNED this 4th day of January, 2019.**

Robert W Schroeder III

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE